IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>        Plaintiff,<br><br>v.<br><br>SEAN "P. DIDDY" COMBS et al.,<br><br>        Defendants. | Case No. 24-CV-83-JFH-JAR |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 8. The Magistrate Judge recommends that the case be dismissed for lack of jurisdiction and because the claims asserted by Plaintiff are patently frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of April 2024.

                                                    JOHN F. HEIL, III
                                                    UNITED STATES DISTRICT JUDGE